Larry E. President
TDCJ #708559
Michael Unit
2664 FM 2054
Tennessee Colony, TX  75886


July 28, 2015


Mr. Jeffery Kyle, Clerk
3rd Court of Appeals
P.O. Box 12547
Austin, TX  78711-2547


Re:  The State of Texas v. Larry E. President, PD-1453-96


Dear Mr. Kyle:

I am in need of an uncertified copy of the above cited Petition
for Discretionary Review.  Also, if available, the state's response
and the "White Card" dismissing the petition.  I will very much
appreciate you informing me of the cost of receiving these docu-
ments.

Your kind assistance is greatly appreciated.


Sincerely,

Larry E. President
Larry E. President



cc; file






RECEIVED
AUG 0 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015


Abel Acosta. Clerk